909 A.2d 804

**HOME INSURANCE COMPANY, Successor–In–Interest to City Insurance Company, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

**Home Insurance Company, Successor–In–Interest to City Insurance Company, Appellant,**

**v.**

**Commonwealth of Pennsylvania, Appellee.**

**Home Insurance Company, Successor–In–Interest to City Insurance Company, Appellant,**

**v.**

**Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**